# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

TODD W. FANGUY AND CHRISTY
A. FANGUY

NO.    2021 CW 1294

VERSUS

UV INSURANCE RISK RETENTION
GROUP, INC. AND DOUGLAS R.
FORTUNE

**FEBRUARY 18, 2022**

---

In Re:    UV Logistics, LLC, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 187229.

---

**BEFORE:    McCLENDON, WELCH, AND THERIOT, JJ.**

**WRIT DENIED.**   Plaintiffs, Todd W. Fanguy and Christy A. Fanguy, have not alleged vicarious liability or respondeat superior in this matter.   Defendant, UV Logistic, LLC's, gratuitous stipulation did not defeat plaintiffs' allegations of independent negligence.

**JEW**

**Theriot, J.,** concurs.

**McClendon, J.,** dissents and would grant the writ application.   A plaintiff cannot maintain direct negligence claims such as negligent hiring, entrustment, supervision, etc. against an employer while simultaneously maintaining claims against the employer for vicarious liability after the employer has admitted that the employee was in the course and scope of employment at the time of the alleged conduct. **Wheeler v. United States Fire Insurance Company,** 2018-1422 (La. App. 1st Cir. 6/13/19), 2019 WL 2612903, *2 (unpublished) (per curiam); **Elee v. White,** 2019-1633 (La. App. 1st Cir. 7/24/20), ___ So.3d ___, 2020 WL 4251974, *4, writ denied, 2020-01048 (La. 11/10/20), 303 So.3d 1038.   In this case the plaintiffs, Todd W. Fanguy and Christy A. Fanguy, alleged that Douglas Fortune was under the control and direction of UV Logistics, LLC, and that UV Logistics, LLC was responsible for the actions of Douglas Fortune under Louisiana law.   Defendant, UV Logistics, LLC, admitted that defendant, Douglas Fortune, was in the course and scope of employment at the time of the accident.   Accordingly, I would reverse the trial court's judgment, grant the motion for summary judgment filed by defendant, UV Logistics, LLC, and dismiss all claims of independent negligence against UV Logistics, LLC for negligent hiring, training, supervision and retention.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT